1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  JOANNA B. HOOD, State Bar No. 264078
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7343
6    Fax: (916) 324-5205
     E-mail: Joanna.Hood@doj.ca.gov
7  *Attorneys for Defendant Bortolamedi*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PATRICK FORD,**<br><br>Plaintiff,<br><br>v.<br><br>**BORTOLAMEDI, et al.,**<br><br>Defendant. | 2:19-cv-00191 TLN-DB<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER** |

Plaintiff Patrick Ford and Defendant Victor Bortolamedi, by and through their counsel, hereby stipulate as follows, and request that the default entered against Defendant Bortolamedi be set aside:

1. On April 29, 2019, Plaintiff Ford requested entry of default as to Defendant Bortolamedi;

2. On April 30, 2019, the Clerk of Court filed a certificate of entry of default;

3. Understanding that Defendant Bortolamedi intends to defend himself in this matter, the parties wish to cooperate in setting aside the default and proceed with this action on the merits;

4. Accordingly, the parties respectfully stipulate and request that the entry of default against Defendant Bortolamedi be set aside;

5. Plaintiff shall file an amended complaint on or before October 26, 2019; and

6. Defendants shall respond to the amended complaint on or before November 25, 2019.

IT IS SO STIPULATED.

Dated: September 26, 2019      Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Joanna B. Hood*

JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Defendant Victor Bortolamedi*

Dated: September 25, 2019      Respectfully submitted,

*/s/ Kellan Patterson*[1]

KELLAN PATTERSON
*Attorney for Plaintiff Patrick Ford*

**IT IS SO ORDERED.**

**DATED:** September 26, 2019

Troy L. Nunley
United States District Judge

---

[1] Pursuant to Local Rule 131(e), counsel authorized submission of this document on the September 25, 2019.

2