UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FORD,<br><br>            Plaintiff,<br><br>     v.<br><br>VICTOR BORTOLAMEDI, as an individual, and FRANK VELA, as an individual,<br><br>            Defendants. | No. 2:19-cv-0191 TLN DB<br><br><br>ORDER |

On June 29, 2020, defendant Victor Bortolamedi filed a motion to compel and noticed the motion for hearing before the undersigned pursuant to Local Rule 302(c)(1). (ECF No. 23.) The motion is noticed for hearing before the undersigned on July 24, 2020.[1] According to defendant's memorandum in support, plaintiff is a state prisoner represented by counsel.[2] (MTC (ECF No. 24) at 1.) Defendant seeks to depose plaintiff. (Id. at 3.)

////

---

[1] The undersigned finds that defendant's motion to compel may be decided without a hearing pursuant to Local Rule 230(g).

[2] In the future, the parties shall brief discovery disputes in compliance with Local Rule 251 and the undersigned's Standard Information. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

1

"[T]he plain language of Rule 30(a) [of the Federal Rules of Civil Procedure] requires 'leave of court' when the deponent is confined in prison." Ashby v. McKenna, 331 F.3d 1148, 1151 (10th Cir. 2003). And plaintiff has not filed an opposition to defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's June 29, 2020 motion to compel (ECF No. 23) is granted:

2. The July 24, 2020 hearing of defendant's motion is vacated; and

3. Defendant Bartolamedi may depose plaintiff on or before October 1, 2020.

Dated: July 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\ford0191.mtc.no.opp.ord

2