**[Exempt From Filing Fee Government Code § 6103]**

DAVID W. TYRA, State Bar No. 116218
dtyra@kmtg.com
CECILIA L. MARTIN, State Bar No. 301027
cmartin@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendant VICTOR BORTOLAMEDI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FORD,<br><br>       Plaintiff,<br><br>   v.<br><br>VICTOR BORTOLAMEDI, as an individual, and FRANK VELA, as an individual,<br><br>       Defendants. | No. 2:19-cv-00191-TLN-DB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO TAKE PLAINTIFF'S DEPOSITION** |

Plaintiff Patrick Ford ("Plaintiff") and Defendant Victor Bortolamedi ("Defendant"), hereby stipulate and request of the Court, that its July 21, 2020 Order be modified by extending the deadline for Defendant to take Plaintiff's deposition by an additional sixty (60) days, to November 30, 2020.

Good cause exists for this extension.  The parties are attempting to schedule the deposition of the Plaintiff, an inmate at California State Prison ("CSP") – Sacramento ("SAC").  Recently, Defendant was informed that CSP-SAC's Office of Legal Affairs has requested that all depositions and non-urgent matters be postponed, both in-person and virtually, until the end of September 2020.  These measures have been and are currently in place for the purpose of limiting movement of inmate and staff within the facility and the spread of Covid-19.  The Parties seek additional time so that Defendant may schedule Plaintiff's deposition once CSP-SAC permits

1  scheduling depositions of inmates housed at this facility.  The parties have not previously
2  requested a continuance of this deadline, and no party will be prejudiced by an extension of time
3  to take Plaintiff's deposition from the deadline ordered by the Court.
4      For these reasons, the parties ask the Court to extend the deadline for Defendant to take
5  Plaintiff's deposition to November 30, 2020.

                                                      Respectfully submitted,

Dated:  September 10, 2020        LAW OFFICE OF KELLAN PATTERSON

                                            By:      /s/ Kellan Patterson
                                                     Kellan Patterson
                                                     Attorney for Plaintiff
                                                     PATRICK FORD

Dated:  September 10, 2020        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                                     A Professional Corporation

                                            By:      /s/ Cecilia L. Martin
                                                     David W. Tyra
                                                   Cecilia L. Martin
                                                   Attorneys for Defendant
                                                   VICTOR BORTOLAMEDI

## ORDER

    Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 11, 2020        /s/ DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE