UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FORD,<br><br>              Plaintiff,<br><br>       v.<br><br>VICTOR BORTOLAMEDI, as an individual, and FRANK VELA, as an individual,<br><br>              Defendants. | No.  2:19-cv-0191 TLN DB<br><br><br>ORDER |

On October 28, 2020, third party California Department of Corrections and Rehabilitation, ("CDCR"), filed an amended motion to quash and noticed the motion for hearing before the undersigned on December 11, 2020, pursuant to Local Rule 302(c)(1). (ECF No. 35.) On November 29, 2020, plaintiff filed an opposition to the motion to quash. (ECF No. 36.) And on December 4, 2020, CDCR filed a reply. (ECF No. 37.) However, pursuant to Local Rule 251, motions related to discovery shall consist of a brief notice of motion and motion "scheduling the hearing date[.]" Local Rule 251(a). "No other documents need be filed at this time." (Id.)

If after complying with the meet and confer requirements a dispute remains the parties shall file a Joint Statement re Discovery Disagreement that contains "[a]ll arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion[.]" Local Rule 251(a)-(c). In this regard, aside from the Joint Statement,

"no separate briefing shall be filed."  Local Rule 251(c).  Moreover, the deadline for the completion of discovery in this action expired on July 22, 2020.  (ECF No. 33.)

Accordingly, IT IS HEREBY ORDERED that:

1. CDCR's October 28, 2020 motion to quash (ECF No. 35) is denied without prejudice to renewal; and

2. The December 11, 2020 hearing is vacated.

Dated:  December 7, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\ford0191.no.js.den.ord

2