## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PATRICK FORD,**

CASE NO: **2:19–CV–00191–TLN–DB**

v.

**VICTOR BORTOLAMEDI, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/28/2022**

**Keith Holland**
Clerk of Court

ENTERED: **October 31, 2022**

by: /s/ C. Perdue
Deputy Clerk